IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

10018-002

Thomas Andrew Hollis )
Full name and prison number of 10018-002 )
plaintiff(s) )
 )
v. )  CIVIL ACTION NO. 2:06-cv-814-WKW
 )  (To be supplied by the Clerk of the
Tiwa Ellis )  U.S. District Court)
 )
LT, Lamar )
 )
Herbert Johnson )
 )
Warden Attison )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons)  )

RECEIVED 2006 SEP 11 A 9:29

I.  PREVIOUS LAWSUITS

  A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )    No (X)

  B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?    Yes ( )    No (X)

  C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit:
          Plaintiff(s) _____N/A_____

          Defendant(s) _____

      2.  Court (if federal court, name the district; if state court, name the county)
          _____N/A_____

      3.  Docket No. ___N/A___

      4.  Name of Judge to whom case was assigned ___N/A___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Autauga Co. Metro Jail, 136 North Court Street, Prattville, AL 36067__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Autauga Co. Metro Jail, 136 North Court Street, Prattville AL 36067__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Tina Ellis (nurse) | Autauga Co. Metro Jail 36067, 136 North Court Street Prattville AL |
| 2. | LT. Lamar (Jailer) | Autauga Co. Metro Jail, 136 North Court Street Prattville AL |
| 3. | Herbert Johnson (Sheriff) | Autauga Co, Prattville Al |
| 4. | Warden Attison (Warden) | Autauga Co, Prattville, Al |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __On or around August 18th and is continuing through the present date 9-6-06__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __I've been denied medical attention, medications where taken from me and they caused severe withdrawals. My pain has continued and psychiatric medicine was stopped__

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
__My medical records will prove it. Although the medical staff here at Autauga Co. Metro Jail will not give me a copy.__

-2-

GROUND TWO: After repeat Attempts trying to get my medicine

SUPPORTING FACTS: Numerous "Sick Call" slips have been turned in. Still nothing has been done.

GROUND THREE: A Non medical staff, made A decision on A medicine ~~~~~~~~~~ to be discontinued LT. Lamar, made A call on a prescribed medicine

SUPPORTING FACTS: I have defecit Testosterone levels, Anxiety Disorder, Liver Disease, Depression, Schitzo Affective Disorder. I have a report from "Seatac" Forensic evaluation. A Bureau of Prison facility

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I need my medication, Also please move me from this facility as the staff could harm me after this civil action is filed. And $500.00 for every day my medicine has been denied and I've suffered

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  9-06-06
                       (date)

_____
Signature of plaintiff(s)

-3-

2:06-CV-814-WKW

Dear Clerk                                                              9-07-06

<u>Plaintiff</u>

In the matter of,
Thomas Andrew Hollis

V

Tina Ellis
LT. Lamar
Herbert Johnson
Warden Attison

<u>Defendants</u>

I've not gotten any help. I saw the doctor here at Autauga Co metro Jail today 9-07-06. He informed me that he could not prescribe my medication. I've suffered until it's taken a toll on my body and mind. If suicide is the only help I will do that.

*[signature]*

9-07-06