**COMPLETE THIS SECTION ON DELIVERY**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Herbert Johnson, Sheriff
Autauga County Metro Jail
136 North Court Street
Prattville, AL  36067

A. Received by (Please Print Clearly)   B. Date of Delivery
P. McLAUGHLIN                           9-15-0 6

C. Signature
X  P. McLaughlin                        ☐ Agent
                                        ☐ Addressee

ery address different from item 1?  ☐ Yes
, enter delivery address below:     ☐ No

06cv814 policing

3. Service Type
☐ Certified Mail        ☐ Express Mail
☐ Registered            ☐ Return Receipt for Merchandise
☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes
                                      0485

102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

1
|..||..||..||....||..|...||..|.|

Warden Attison
Autauga County Metro Jail
136 North Court Street
Prattville, AL  36067

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature

X    ☐ Agent
     ☐ Addressee

ress different from item? ☐ Yes
elivery address below    ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from serv.

7005 1820 0002 3461 6555

PS Form **3811**, July 1999    Domestic Return Receipt    102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

P. McLAUGHLIN    9-15-06

C. Signature

X  P. McLaughlin    ☐ Agent
                    ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

Obcu provid'14

1. Article Addressed to:

ı..ıı..ıı....ıı.ı.ı...ıı.ı.ı

ia Ellis, Nurse
tauga County Metro Jail
6 North Court Street
attville, AL  36067

Service Type

☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)

7005 1820 0002 3461 0492

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952