IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

RECEIVED
2006 OCT 10  A 10:07

THOMAS ANDREW HOLLIS,         *
                              *
   Plaintiff,                 *
                              *
vs.                           *    CIVIL ACTION NO. 2:06-CV-814-WKW
                              *               (WO)
                              *
TINA ELLIS, LT. LAMAR, HERBERT *
JOHNSON AND WARDEN ATTISON,   *
                              *
   Defendants.                *

## ANSWER

COMES NOW the Defendants, LT. LAMAR, HERBERT JOHNSON (correctly named JAMES JOHNSON, and WARDEN ATTISON (corrected named CECIL ATCHISON), in the above-styled cause and for Answer to Complaint would state and aver as follows:

I.   A.   States that they are without information from which to form a belief as to the truth or veracity of this averment and would otherwise demand strict proof thereof.

     B.   States that they are without information from which to form a belief as to the truth or veracity of this averment and would otherwise demand strict proof thereof.

     C.   Admits.

II.  Denies and would demand strict proof thereof.

III. Admits.

IV.  Denies any violation occurred and would demand strict proof thereof.

V.   Denies and would demand strict proof thereof.

VII.   Denies and would demand strict proof thereof.

For further Answer the Defendant would state that the Plaintiff is no longer incarcerated in the Autauga County Metro Jail and did not leave a forwarding address to send a response to this matter.

DATED: October 10, 2006

_____
J. ROBERT FAULK (FAU002)
Attorney for Defendants

OF COUNSEL:
McDOWELL, FAULK & McDOWELL, L.L.C.
Attorneys at Law
145 West Main Street
Prattville, AL 36067
(334) 365-5924    Telephone
(334) 365-6016    Facsimile
robert@mcdowellfaulk.com

### CERTIFICATE OF SERVICE

I hereby certify that I have on the 10th day of October, 2006 I did not serve a copy of the foregoing on Mr. Thomas Andrew Hollis because he is no longer an inmate in the Autauga County Metro Jail and he did not leave a forwarding address:

Mr. Thomas Andrew Hollis

Address is otherwise unknown.

_____
J. ROBERT FAULK