IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | | |
|---|---|---|
| **THOMAS ANDREW HOLLIS,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO. 2:06-CV-814-WKW** |
| | * | **(WO)** |
| | * | |
| **TINA ELLIS, LT. LAMAR, HERBERT** | * | |
| **JOHNSON AND WARDEN ATTISON,** | * | |
| | * | |
| **Defendants.** | * | |

**REPORT BY DEFENDANTS, LT. LAMAR, HERBERT JOHNSON
AND WARDEN ATTISON TO ABOVE-STYLED ACTION**

COMES NOW the Defendants, LT. LAMAR, HERBERT JOHNSON (correctly named JAMES JOHNSON, and WARDEN ATTISON (corrected named CECIL ATCHISON), in the above-styled cause and after a review of the subject matter of the Complaint provides to this Honorable Court a report as requested by Order dated the 14th day of September, 2006.

### A. FACTS AND CIRCUMSTANCES

The Plaintiff, THOMAS ANDREW HOLLIS, was incarcerated in the Autauga County Metro Jail from August 18, 2006 until September 11, 2006.

The Plaintiff's complaint revolves around his claim that his medical conditions were not being adequately treated through the denial of medications.

See attached statements of Sheriff James Johnson and Deputy Sheriff Larry Nixon attached hereto as Exhibits "A" and "B" and made a part hereof and which provides a summary of the facts and circumstances surrounding this matter.

### B. CORRECTIVE ACTION BY PRISON OFFICIALS

The Autauga County Sheriff's Office does not see a need to take any corrective action since it feels that its present policies and procedures dealing with inmate medical treatment is appropriate. Since the items directly concerning Tina Ellis do not address any items to the Defendants herein, no further statements will be made concerning same.

### C. OTHER COMPLAINTS

The other complaints known to the Defendant:

NONE.

### D. ADDRESS OF PLAINTIFF

The Plaintiff is no longer incarcerated in the Autauga County Metro Jail and did not leave a forwarding address to send a response to this matter.

DATED: October 10, 2006

_____
J. ROBERT FAULK (FAU002)
Attorney for Defendants

OF COUNSEL:
McDOWELL, FAULK & McDOWELL, L.L.C.
Attorneys at Law
145 West Main Street
Prattville, AL 36067
(334) 365-5924      Telephone
(334) 365-6016      Facsimile
robert@mcdowellfaulk.com

### CERTIFICATE OF SERVICE

I hereby certify that I have on the 10th day of October, 2006 I did not serve a copy of the foregoing on Mr. Thomas Andrew Hollis because he is no longer an inmate in the Autauga County Metro Jail and he did not leave a forwarding address:

Mr. Thomas Andrew Hollis

Address is otherwise unknown.

J. ROBERT FAULK

**EXHIBIT "A"**

STATE OF ALABAMA

COUNTY OF AUTAUGA

## AFFIDAVIT OF SHERIFF JAMES JOHNSON

BEFORE ME, the undersigned, a Notary Public in and for said County and State personally appeared JAMES JOHNSON, whose name is signed to the Affidavit and who is known to me and who being by me first duly sworn, doth depose and say as follows:

My name is JAMES JOHNSON and I am the Sheriff of Autauga County, Alabama. I have been the Sheriff for fifteen and one-half (15 ½) years.

The purpose of this Affidavit is to provide to this Honorable Court the facts and circumstances surrounding a Complaint filed in this Court by THOMAS ANDREW HOLLIS by Civil Action No. 2:06-CV-814-WKW.

Thomas Andrew Hollis was a federal inmate incarcerated in the Autauga County Metro Jail from only August 18, 2006 to September 11, 2006. He files this Complaint with this Honorable Court alleging inadequate medical treatment by Sheriff James Johnson, Lt. Lamar and Warden Atchison. He also alleges inadequate medical care against Tina Ellis, an employee of Southern Health Partners.

Since the only complaint against myself or employees of the Autauga County Metro Jail is an allegation concerning inadequate medical treatment, I will address only that item. It is true that the inmate had some health problems when he was incarcerated in the Autauga County Metro Jail. As such, I am enclosing copies of Mr. Hollis' medical files which are attached hereto as Composite Exhibit "C" and made a part hereof and which contain the following records:

        1.     Master Problem List.

    2.       Refusal of Treatment and Release of Responsibility

    3.       Physician's Orders

    4.       Progress notes.

    5.       Hospital Records

    6.       Inmate Sick Call Slip–Medical Request

    7.       Flow Chart of Alcohol/Drug Withdrawal

    8.       Initial Inmate Assessment

    9.       Previous Medical Summary

    10.      Medication Administration Records

Our jail is a narcotic free facility. This means that when an inmate is housed in our jail and was previously on a narcotic prescription, Dr. Kenneth Nichols, jail physician, will substitute a non-narcotic medication for the narcotic mediation. Apparently, Mr. Hollis is complaining because he is not receiving his "brand name" prescriptions. However, as is evident from the Medication Administration Records attached hereto, Mr. Hollis is receiving substantial amounts of medication.

In addition to the above and as further explanation, inmates are provided medical care by Dr. Nichols and administered by Southern Health Partners. They fill out a doctor's slip and the inmate is treated either by a nurse provided by Southern Health Partners or by Dr. Nichols, as the case may be. Dental care is provide by Dr. J. Ronald Roberson under the same conditions as medical care is provided by Dr. Nichols.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this the 10th day of October, 2006.

_____
JAMES JOHNSON
Sheriff
Autauga County, Alabama

SWORN TO and SUBSCRIBED before me on this the 10th day of October, 2006.

_____
NOTARY PUBLIC

My Commission Expires:

J. ROBERT FAULK
A Notary Public of Alabama
My Commission Expires August 11, 2007

**EXHIBIT "B"**

STATE OF ALABAMA

COUNTY OF AUTAUGA

### AFFIDAVIT OF DEPUTY SHERIFF LARRY NIXON

BEFORE ME, the undersigned, a Notary Public in and for said County and State personally appeared LARRY NIXON, whose name is signed to this Affidavit and who is known to me and who being by me first duly sworn, doth depose and say as follows:

My name is LARRY NIXON and I am a Deputy Sheriff for Autauga County, Alabama. I have been a Deputy Sheriff for  *12*  years. I am also the Chief Jailer for the Autauga County Metro Jail.

I have read the Affidavit of Sheriff Johnson and concur in his report and to the accuracy thereof.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this the 10th day of October, 2006.

LARRY NIXON
Chief Jail
Autauga County Metro Jail
Autauga County, Alabama

SWORN TO and SUBSCRIBED before me this the 10th day of October, 2006.

NOTARY PUBLIC
My Commission Expires:
J. ROBERT FAULK
A Notary Public of Alabama
My Commission Expires August 11, 2007

*Southern Health Partners*

# MASTER PROBLEM LIST

For Use with Chronic Condition Patients. Chronic Conditions are classified as (but not limited to): Diabetes (IDDM/NIDDM), Hypertension, Pregnancy, HIV/AIDS, Asthma, Seizures, Diagnosed Mental Illness, CHF, Hepatitis.

Patient's Name (Last/First/Middle): _Hollis     Thomas     Andrew_

ID#: _36633_     DOB: _06/19/06_ Sex: _M_     Intake Date/s: _8/18/06_

| Date Problem Identified/Dx | Chronic Condition | M.D. Comments | Date Of Initial M.D. Eval | M.D. Initials |
|---|---|---|---|---|
| 8/20/06 | Seizures | | | |
| 8/20/06 | Mental Health | | | ✓ |
| | | | | ✓ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

H & P Date: _8/20/06_     Allergies: _Reglan_

PPD Test Date: _5/31/06_     PPD Results Date: _unknown_
_not done here_     PPD Results: _0_ mm

Facility Name: _Autauga Metro Jail_

Revised 02/18/04 JC

Southern Health Partners, Inc.

Confidential

# Refusal of Treatment
## and
## Release of Responsibility

Inmate's Name: **Hollis, Thomas**

Date of Birth: **6-19-67**    Social Security No.: **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**

Date: **9/7/06**    Time: **5:30**    a.m./~~p.m.~~

This is to certify that I, **Thomis Hollis**
(Print Inmate's Name)

currently in custody at the **Autauga Co. Metro Jail**
(Print Facility's Name)

I have been told about the risks of refusing treatment for my current medical condition and acknowledge that I understand all medical information, current diagnosis, and future procedures that have been explained to me.

I am refusing any and all medical procedures and/or treatments of my current medical condition. If I decide to obtain medical treatment regarding my current condition, I will notify the medical staff immediately. I understand the limitations of treatment that may have been based on my refusal of prior treatment.

Therefore, I release Southern Health Partners, Inc., its staff, the facility and its staff and administrator(s) from all responsibility and I assume personal responsibility for the conditions that may occur as a result of my refusing treatment as prescribed by the medical staff of the facility and/or outside consultation services.

I wasn't given Haldol Arta. w/th my Haldol Jogeth, I can't take this

_____
Signature of Inmate

_____    JE MJA
Signature of SHP Medical Representative

_____    Tatom - Fed. Marshal
Witness

**9-11-06**
Date

cc:    Confidential Medical File
       Jail Administrator

3712 Ringgold Road, #364
Chattanooga, TN 37412
423-553-5635 Phone
423-553-5645 Fax

# Physician's Orders

Southern Health Partner's, Inc

**Inmate Name:** Hollis, Thomas
**SS#:** 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
**DOB:** 6-19-67
**Allergies:** Reglan

Facility: Autauga
County Jail

**Date:** 8-20-06

Benedryl 25 mg ī BID x 3 days
Clonidine 0.1 mg ī · BxD x 3 days
BPV + A+D w/D flow sheet — JE, MTA ___ E

M.D. Sig:

**Date:** 8-29-06

Flexeril 10mg BID, IBU 800
mg · BID x 10 days per tx protocol
JE, MTA

M.D. Sig:

**Date:**

M.D. Sig:

**Date:**

M.D. Sig:

**Date:**

M.D. Sig:

**Date:**

M.D. Sig:

**Date:**

M.D. Sig:

**Date:**

M.D. Sig:

# PROGRESS NOTES

| DATE | NOTES SHOULD BE SIGNED BY PHYSICIAN |
|------|-------------------------------------|

9/7/06   39 yo WM says he was dx'd c̄ liver CA
~ 10 mos ago in prison in North Carolina.
Also has a b/o hepatitis C. 4 or 5 mos
ago went to hospital in Enterprise.
He's real nervous. Has back pain & has
burning in ® side of abdomen. Was in Mtg City
before he got here & in prison in NC before that.
In prison was on Klonopin, methadone, Testosterone,
elavil. Other medical hx psychiatric, back
pain.

PE / WDWN WM NAD.
      HEENT - scleral Normal.
      Neck - Normal
      lungs - clear
      CV - RRR s̄ ® s̄ Ng +
      Abd - Sft ? ® tender ® side
      Ext. Neg.
      No stigmata of liver disease.

A = Hep C.
    Alleged liver cancer
    ? cirrhosis

Plan → will √ on records from Dothan
        - Discharge summary, H&P.
      Bilirubin, ALT, AST, GGT, alkaline phosphatase

Doctor's Signature: _____

| NAME—Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|---------------------|------------|----------|

Form 65/2P  © BRIGGS, Des Moines, IA 50306  (800) 247-2343  www.BriggsCorp.com
R404                           PRINTED IN U.S.A.

**PROGRESS NOTES**

# PROGRESS NOTES

| Last Name | First Name | Attending Physician | | Room No. | Hosp. No. |
|-----------|-----------|--------------------|--|----------|-----------|
| Hollis | Thomas | Nichols | | 5 POD | |

| Date | Notes Should Be Signed by Physician |
|------|-------------------------------------|
| 8/23/06 | BP √ 138/84 Pulse 93. No anxiety, sweating or N/V noted. S. Co LPN |
| 8/24/06 | 6:45 A.M. Did not get up for blood pressure check. D/c'd drug withdrawal protocol due to no s/s —— SC LPN |
| 9/7/06 1:30 pm | I/m attempted suicide by cutting his (R) wrist + claimed he swalled a razor blade. I/m was sent to E.R. I called Dr. Nichols + he approved + called feds to inform them. Inmate was sent back to jail w/ bandage on (R) wrist + X-ray was negative for foreign objects. I/M stated he just wanted to see blood + wants us to give him the meds he was on when he came here. Doctor form E.R. prescribed meds for I/m, when I tried to give them to ~~him~~ I/m he refused them. I/m is acting very rude + showing his butt. I/m got mad + stripped his clothes off in holding cell up front. Lt. Lamar is gonna put him in a suicide blanket, because he is on suicide watch. |
| | K, MHA |

# PROGRESS NOTES

| Last Name | First Name | Attending Physician | Room No. | Hosp. No. |
|---|---|---|---|---|
| Hollis | Thomas | Nichols | 3P00 | |

| Date | Notes Should Be Signed by Physician |
|---|---|

8/22/06 ♦ Sgt. Stewart supervisor on 3rd shift, called me at home at 12:20 a.m. I/m stated he had had a seizure. I/m could talk plain & clear & I/m could tell Sgt. when it started & what happened. So Sgt. didn't beleive I/m had had a seizure. ♦ When Sgt didn't beleive that I/m started seizing he was having chest pain. tln I/m's charts from previous housing facility, ◆lt is noted I/m can be very manipulative when he doesn't get the attention he wants. I (Nurse Tina) came to jail to ✓ on I/m, I/m was pretending to be dazed. Deputy Sheriff Mc Natt went in I/m's cell w/ me for safety precaution. Officer McNatt popped 2 ammonia plts under I/m's nose & it didn't seem to bother I/m. I ✓ his BP & heartrate — BP was 130/80 & HR was 88. Officer McNatt assisted I/m to get out of floor & sit on a stool. I/m couldn't rate his chest pain & stated he didn't know what happened. There was no S/S of any jerking of his body or sweating. The officers got 2 other I/m's to assisted I/m Hollis to walk up to holding cell in booking. I/m appeared to be fine after he was put up there. I/m was left there the rest of the night until am nurse got here. I/m was being a nuisance to officers in booking, so he was moved to Isolation cell. I came in at 9:30 am & required about I/m, officers said he was fine, so I/m was returned to his regular cell & will continue to be monitored.

Dr. _____    Signature _____    PROGRESS NOTES  TM

Form 65    BRIGGS, Des Moines, Iowa 50306
PRINTED IN U.S.A.

%

□ SOUTH    286-2843
□ EAST    244-8448
X PRATTVILLE    361-4239

F0625000575    HOLLIS,THOMAS A
DOB: 06/19/67  Age:39Y   MR #:193748
Admit Date/Time: 09/07/06   1406P
916 SHAW,RONALD A

PRESCRIPTION FORM

## ER PRESCRIPTION & DISCHARGE INSTRUCTIO
Page 1 of 3

Locatic
SOUTH

| Weight | Phone | Allergies |
|--------|-------|-----------|

## MEDICINES PRESCRIBED    If non, check this box: ☐    VOID IF NOT PRINTED WITH CRANBERRY BACKGROUNI

| Name/Strength | | Number | Schedule / Duration | No Refills | Refills |
|---------------|--|--------|---------------------|-----------|---------|
| 1. HALDOL | 5mg | 60 | T B10 | ✓ | |
| 2. ARTANE | 5mg | 60 | T B10 | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Dante DeJesus | Joel Sullivan | Ronald A. Shaw | Julio Enrico Rios | Wallace Felero | James M. Bradwell |
|---|---|---|---|---|---|
| DEA- BD 9322063 | DEA - AS2020066 | DEA - BR2471326 | DEA- BR2471326 | DEA - AF1692119 | DEA - BB422086 |
| AL 26777 | ARN - 10094 | AL - 6388 | ARN - 21678 | AL - 9405 | AL - 22767 |
| David G. Alexander | John Moorehouse | Jessie Austin | Julian Mahaganasan | George Smith | James Thomas |
| DO - 657 | DEA - AM6869119 | DEA - AD8394075 | DEA- BM7657121 | DEA AS2179706 | DEA - BT3642998 |
| AXA3259226 | ARN - 7151 | ARN - 8595 | AL 24516 | AL 11413 | DO- 374 |
| Victoria L. Beckman | Carlos Gutierrez | Joshua Kolouc | James Matic | David Hines | |
| DEA - BB8253885 | DEA - BG6618203 | DEA - BK9526724 | DEA BM3360536 | DEA BH2531160 | |
| AL- 22440 | AL 24653 | AL 26945 | AL 17581 | AL 22708 | |

LABEL ALL PRESCRIPTIONS
No Refills _____    Product Selection Permitted _____ M.D./D.O. _____ Dispense as Written _____ M.D./D.O. _____

_Unwritten prescriptions_

X-RAY CLEAR FOR DRUG CODY
SUICIDE WATE REQUIRED

Referred to:
☑ Dr. Nichs
Phone: _____
☐ Call on next business day for follow-up appointment
in ____ days / weeks    ☐ Next available

☐ Return to Emergency Dept in ____ hours / days for recheck.
☐ If no improvement or your condition worsens, call your private
   physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed   ☐ Instructions Modified

☑ Education provided on new Medication _Haldol Artane_

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic.
Furthermore, I many have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed
to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my
medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for
follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

X _signatures_    ☐ Patient ☐ Relative ☑ Other _____ Time Released: > 1520 Hrs

INSTRUCTED BY: CRW      PHYSICIAN:

## WORK/SCHOOL STATEMENT from the Emergency Department

| PATIENT | DATE |
|---------|------|

☐ Patient was seen by Dr. _____
☐ No athletics / physical education: _____ days
☐ May return to work/school without restrictions
☐ Will require time off work / school. Estimated time: ____ days*
☐ Must be reevaluated by family / occupational physician before
   returning to school / work.

☐ May return to restricted duties for ____ days*
   Restrictions: _____
☐ _____ was here with relative/child.
☐ Other _____

Time off from school or work longer than three days should be approved by a Personal or Company/Occupational Medicine Physician, unless otherwise stated.



ER 160

FORM # ER 16008  REV. 03/07/06

# AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION TO CORRECTIONAL FACILITY

**SOUTHERN HEALTH PARTNERS**

To: Dothan
Enterprise

I hereby authorize any hospital, clinic, physician's office, and/or health agency to provide any information they may have acquired while attending me for a medical, dental, or psychiatric problem to Southern Health Partners, Inc. who is the medical care provider of this Correctional Facility. Such information may include the following items:

> Summary of positive findings, most recent history, physical exam including any diagnostic tests;
> Medical/dental/psychiatric/psychological diagnosis and treatment regimen when last treated;
> Hospital discharge summary for any/all hospitalization(s); Laboratory and/or Special Study Reports;
> Any other medical/dental/psychiatric services I may have previously had, currently seeking, or
> future treatment plans; Other Records: _Medical records_
> _anything about liver Cancer?_

I understand my records are protected under state and/or federal privacy laws and cannot be disclosed to any other outside party without my written consent unless otherwise provided for by state or federal law. Records received will be kept within the patient's medical file within the correctional medical unit and be used in the on-going provision of health care services.

I release responsibility and/or liability from the correctional facility for the release of the above requested medical file information to the medical unit to the extent indicated and authorized.

Please send requested documents to the following address:

**ATTN: MEDICAL UNIT/SOUTHERN HEALTH PARTNERS**
County Name: Autauga County/COUNTY JAIL
Street Address: 136 N. Court Street
City/State/Zip: Prattville, AL 36067   Fax: 334-358-4827

Patient Name: Hollis, Thomas Andrew   Birth Date: 6-19-67

Social Security Number: 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   Dates of Service(s): _____

Inmate's Signature: X W Hall   Date: 9-6-06

Witness: JE, MTA   Date: 9-6-06

Final Privacy Rule (page 82540, HIPAA) states while individuals are in a correctional facility or in the lawful custody of a law enforcement official, covered entities (i.e. jail medical units) can use, request or disclose protected health information about these individuals without authorization to the correctional facility having custody as necessary for: the provision of health care to such individuals; for the health and safety of such individuals and other inmates; and the health and safety of the officers or employees of or other as the correctional institution. Covered entities are allowed to disclose protected health information about these individuals if the correctional institution represents that the protected health information is necessary for these purposes.



SOUTHERN
HEALTH
PARTNERS

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 5-3-06 ___ Pod/Location: 5 ___ Cell: 502 ___ ID#

Inmate's Full Name: THomAS Holl.S

Complaint/Problem: ① I'm HAviwg PAiw oN the Right Side oF my Stoomach ② Also Without my Hormone ReplAcement tHerApY OSteoporos, S is stAertwg AgA.w, And ③ I need to See Someone Abr my Menta 1 Problems

How long have you had this problem? ① About 9 Months, I WAS giveN metHAdone For PAi ② 13 years ③ 17 Years

Inmate's Signature: [signature] ___ Date: 5-03-06

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:    Temp_____ Resp_____ Pulse_____ B/P_____

Instructions/Assessment: Document your findings, inmate's responses/actions_____

~~Seen~~ Donna see Dr. Nichols 9-7-06 — [signature] MTA

Received Orders – thru Treatment Protocols; via telephone order; via verbal order
Follow-Up Required? If checked, date to be seen again_____
Chronic Condition
Inmate to be charged through medical co-pay for this visit

Be Seen by Medical:_____ Seen by:_____

original form in patient's medical record.



**SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP — MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 8/26/06   Pod Location: D-5   Cell: 502   ID# 36633

Inmate's Full Name: Thomas Hollis

Complaint/Problem: Ms TIMA I Am In NEED OF SomETHING FoR BAck

PAin. PLEACE! I Dont Know WHAT I Do TO IT. WOUID

yu PLESES Help ME out

How long have you had this problem?

Inmate's Signature: X _Thomas Hall_    Date: 8-26-00

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:   Temp_____ Resp_____ Pulse_____ B/P_____

Instructions/Assessment: Document your findings, Inmate's responses/actions_____

Didn't see Inmate, just reviewed records + discussed

with Dr. Nichols. See MD orders

JE, MTA

8-29-06

Received Orders — thru Treatment Protocols; via telephone order; via verbal order

Follow-Up Required? If checked, date to be seen again_____

Chronic Condition

Inmate to be charged through medical co-pay for this visit

Be Seen by Medical:_____ Seen by:_____

File original form in patient's medical record.



**SOUTHERN HEALTH PARTNERS**

## FLOW CHART FOR ALCOHOL/DRUG WITHDRAWAL

Report all findings to your Medical Director. Medical Director must review and sign form at next Physician Sick Call. If patient experiences changes or deterioration is noted, notify your Physician immediately for further orders.

Patient's Name: _Thomas Hollis_     DOB: _6-19-67_ ID #: _36633_

Inmate is being housed where (cell, medical, etc.): _Cell (5POD) 502_

Start Date of Monitoring: _8/20/06_     Stop Date of Monitoring: _8/23/06_

| | Date | 8-20-06 | 8-21-06 | 8/23/06 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Time | 2:30 pm | 7 am | | | | | | |
| Weakness | | N/K | N/K | NK | | | | | |
| Restlessness | | N/K | N/K | NK | | | | | |
| Sweating | | N/K | N/K | NK | | | | | |
| Shakiness/Muscle Twitching | | N/K | N/K | NK | | | | | |
| Anxiety (Reported) | | Reported | NONE | NK | | | | | |
| BP (Sitting/Standing) | | 148/97 sitting | 114/76 starting | 138/84 standing | | | | | |
| Pulse (Sitting/Standing) | | 117 | 125 | 93 | | | | | |
| Respiration | | 18 | 20 | 20 | | | | | |
| Temperature | | 98.5 | 98.0 | 98⁶ | | | | | |
| Ataxia (Observed) | | NO | NO | NO | | | | | |
| Drowsiness | | NO | yes | NO | | | | | |
| Vomiting (Reported/Observed) | | Reported | NONE | NO | | | | | |
| Nausea | | no | no | NO | | | | | |
| Nystagmus | | no | no | NO | | | | | |
| Confusion | | no | no | NO | | | | | |
| Slurred Speech | | no | no | NO | | | | | |
| Nurse Initials | | 9E | 9E | SC | | | | | |

**Comments (time/date & initial)**

I/m is very smart mouthed + ill because we won't let him have all his meds - which are narcotics + controlled substance. We are a non-narcotic facility. I/M gets ill + tries to manipul to get what he wants. 9E, MTA

I/m had no visible signs of withdrawal + has had no seizures since being off meds since 8-18-06. 9E, MTA

Confidential Medical Information
Southern Health Partners, Inc.

| Problems | Yes | No | Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Vision | | ✓ | Hypertension | | ✓ | Gonorrhea | | ✓ |
| Hearing | | ✓ | Anemia | | ✓ | Syphilis | | ✓ |
| Balance/Dizziness | | ✓ | Blood | | ✓ | Muscle Problem | | ✓ |
| Blackouts | ✓ | ✓ | Stomach Pain | | ✓ | Joint Problem | | ✓ |
| DT's | ✓ | | Heartburn | | ✓ | Arthritis | ✓ | |
| Headaches | ✓ | | Ulcer | | ✓ | Other | | |
| Seizures | | ✓ | Nausea/Vomiting | ✓ | ✓ | Other | | |
| Nervous Disorder | ✓ | | Gall Bladder | | ✓ | Regular Menstrual Period | | |
| Throat | | ✓ | Liver | | ✓ | Irregular Menstrual Period | | |
| Teeth | | ✓ | Hepatitis  Hepl | | ✓ | # of days Menstrual Period | | |
| Asthma | | ✓ | Diabetes | | ✓ | LMP | | |
| Hay Fever | | ✓ | Kidney Disease | ✓ | ✓ | Gravida/Para | | |
| Pneumonia | | ✓ | Bladder Infection | | ✓ | Last Pap | | |
| Tuberculosis | | ✓ | Trouble Voiding | ✓ | | Contraception | | |
| Heart | | ✓ | Pediculi (lice) | | ✓ | Other | | |

## EXAM:

Age 39   Sex M   Race W   Ht. 5'10"   Wt. 205

Pulse 117   BP 148/91   Temp. 98.5   Resp. 18

| Area/Type | N | A/Comment | Area/Type | N | A/Comment |
|---|---|---|---|---|---|
| Skin: Color, Condition, Turgor, Recent Inj. | N | Tattoo - Neck + Ct Arms | Chest (Breasts): Configuration, Auscultation, Respirations, Cough/Sputum | N | |
| Head: Glasses, Pupils, Sclera, Conjunctiva, Vision | N | | Heart: Auscultation, Radial pulses, Apical pulse, Rhythm | N | |
| Ears: Appearance, Canals, Hearing | N | | Extremities: Pulses, Edema, Joints | N | |
| Mouth: Teeth/Gums, Dentures, Plates, Throat, Tongue, Tonsils | N | have had abcess | Abdomen: Shape, Palpation, Hernia, Bowel Sounds | N | Hx of hernia + hace surgery |
| Nose | N | | Spine | N | |
| Neck: Veins, Mobility, Thyroid, Carotids, Lymph nodes | N | | Genital/Urinary System | N | |

## LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| Was PPD planted and read timely? | faxed w/to for results | Neg. |
| VDRL / RPR | | |
| Other Lab Tests needed: | | |
| Pregnancy Test? | | |

## MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| Orientation (person, place, time) | | |
| General appearance (motor behavior, mannerisms | | |
| Affect (mood) | | |
| Content of thought, history of suicide, present thoughts of suicide | | |

Physical Examiner's Signature: ___ MTA     Date: 8-20-06

Physician's Signature: ___     Date: 8/24/06

**SOUTHERN HEALTH PARTNERS**

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION TO CORRECTIONAL FACILITY

To: _Montgomery City Jail_

I hereby authorize any hospital, clinic, physician's office, and/or health agency to provide any information they may have acquired while attending me for a medical, dental, or psychiatric problem to Southern Health Partners, Inc. who is the medical care provider of this Correctional Facility. Such information may include the following items:

Summary of positive findings, most recent history, physical exam including any diagnostic tests; Medical/dental/psychiatric/psychological diagnosis and treatment regimen when last treated; Hospital discharge summary for any/all hospitalization(s); Laboratory and/or Special Study Reports; Any other medical/dental/psychiatric services I may have previously had, currently seeking, or future treatment plans; Other Records: _TB Skin Results_

**FAXED** _8-20-06_

I understand my records are protected under state and/or federal privacy laws and cannot be disclosed to any other outside party without my written consent unless otherwise provided for by state or federal law. Records received will be kept within the patient's medical file within the correctional medical unit and be used in the ongoing provision of health care services.

I release responsibility and/or liability from the correctional facility for the release of the above requested medical file information to the medical unit to the extent indicated and authorized.

Please send requested documents to the following address:

**ATTN: MEDICAL UNIT/SOUTHERN HEALTH PARTNERS**
County Name: _Autauga Metro_ **COUNTY JAIL**
Street Address: _136 N Court Street_
City/State/Zip: _Prattville, AL 36067_   Fax: _334-358-4827_

Patient Name: _Hollis, Thomas Andrew_   Birth Date: _6-19-67_

Social Security Number: _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_ Dates of Service(s): _____

Inmate's Signature: X _____   Date: _8-20-06_

Witness: _JE, MTA_   Date: _8-20-06_

Final Privacy Rule (page 82540, HIPAA) states while individuals are in a correctional facility or in the lawful custody of a law enforcement official, covered entities (i.e. jail medical units) can use, request or disclose protected health information about these individuals without authorization to the correctional facility having custody as necessary for: the provision of health care to such individuals; for the health and safety of such individuals and other inmates; and the health and safety of the officers or employees of or other as the correctional institution. Covered entities are allowed to disclose protected health information about these individuals if the correctional institution represents that the protected health information is necessary for these purposes.

```
08/18/06                    AUTAUGA COUNTY METRO JAIL                      610
14:44                       Initial Inmate Assessment:              Page:    1

    Booking Number:      36633    Confined                           Active
        Name Number:     93799    THOMAS ANDREW HOLLIS

    Added By:    610                  Modified By:    610
    Added When: 14:41:19 08/18/06     Modified When: 14:44:34 08/18/06
    (See below)
```

Assessment Text:

Part One: Answer each question based on your observation of the inmate:

1. Is the inmate disoriented, confused, or unconscious?N

2. Does the inmate complain of pain?Y (Inmate states that he has back pain)

3. Does the inmate have visible trauma or bleeding?N

4. Are there visible signs of alcohol or drug influence?N

5. Are there visible signs of withdrawal from alcohol or drugs?N

6. Is there evidence of swelling, infection, or skin marks?N

7. Is there evidence of vermin or jaundice?N

8. Does the inmate carry medications or report being on medications?Y
(Methadone/Klonapine/Androgel)

9. Is behavior suggestive of assault risk for staff or other inmates?N

10. Is the inmate's behavior violent or aggressive?N

11. Do the inmate's wrists have any scars?N

12. Describe special measures you have taken for this inmate:N/A

_A65_
Booking Officer

_CPL RMB_
Supervisor

```
08/18/06                    AUTAUGA COUNTY METRO JAIL                      610
14:47                     Inmate Medical Assessment:              Page:      1

    Booking Number:     36633    Confined                          Active
       Name Number:     93799    THOMAS ANDREW HOLLIS

    Added When: 14:45:01 08/18/06    Modified When: 14:47:20 08/18/06
    (See below)
```

Medical Screening Text:

Part One:  Ask the inmate the following questions and record the answers:

1. Is this your first time in jail?N

2. Are you or have you been receiving mental health counseling?Y

3. Have you ever thought about committing suicide?Y

4. Are you thinking about it now?N

5. Has anyone in your immediate family committed or attempted suicide?N

6. What medications are you currently taking?Methadone/Klonapine/Androgel

7. Do you have any enemies in this facility?N

8. Are you in need of special care of any kind?N

9. Do you have any diseases now?Y


_A65_
Booking Officer

X _Thomas Hollis_
Inmate

```
08/18/06                    AUTAUGA COUNTY METRO JAIL                        610
15:00                        Inmate Medical History:                Page:    1

    Booking Number:    36633    Confined                              Active
      Name Number:     93799    THOMAS ANDREW HOLLIS
   Doctor: Dr. Mendez                              Phone: (   )   -
   Address: Prattville, Al 36067
   Sex Prf:--   Diet: No Special Diet
        Allergies: Y    Respiratory Problems: N    High Blood Pressure: N
   Heart Problems: N          Hemophilia: N           Tuberculosis: N
        Diabetes: N             Pregnant: N        Recently Pregnant: N
   Birth Control: N      Dental Problems: N              Alcoholism: N
  Drug Dependency: N       Kidney Disease: Y           Liver Disease: Y
        Suicidal: N             Epilepsy: N                Hepatitis: Y
            AIDS: N      Venereal Disease: N      Recent Head Injury: N
        Seizures: Y       Traumatic Injury: N       Psychiatric Care: Y
                    :                       :                        :
                    :                       :                        :
                    :                       :                        :
                    :                       :                        :
                    :                       :                        :
  History:  (See below)
    Notes:
```

Recent Back Surgery

```
= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

Yes Explanations:
---

Allergies:changed from ' ' to 'Y' by BOWMAN RICHARD  14:53:27 08/18/06
Inmate states that he is allergic to Reglan.
Kidney Disease:changed from ' ' to 'Y' by BOWMAN RICHARD  14:54:23 08/18/06
Inmate states that he has cancer in his kidneys.
Liver Disease:changed from ' ' to 'Y' by BOWMAN RICHARD  14:55:37 08/18/06
Inmate states that he has cancer in his liver.
Hepatitis:changed from ' ' to 'Y' by BOWMAN RICHARD  14:56:56 08/18/06
Inmate states that he has Hepatitis "C".
Seizures:changed from ' ' to 'Y' by BOWMAN RICHARD  14:57:24 08/18/06
Inmate states that he has Granmal seizures.
Psychiatric Care:changed from ' ' to 'Y' by BOWMAN RICHARD  14:59:07 08/18/06
Inmate states that he has had recent extensive psychiatric care.

Receipt for Personal Property Stored

    Receipt Number:     4304                    Date: 08/18/06
    Booking Number:     36633
roperty Stored for: THOMAS ANDREW HOLLIS (     93799)

, THOMAS ANDREW HOLLIS, certify that on the above date and time, the
ollowing personal property was accepted into storage:

| ITEM | DESCRIPTION | CASH? | QUANTITY | LOCATN |
|------|-------------|-------|----------|--------|
| at | Grey | N | 1 | C4 |

Property received by:                    Property stored for:

_A65_____                      X _____
BOWMAN RICHARD                           THOMAS ANDREW HOLLIS

NAME: Hollis, Thomas
REGISTER NUMBER: 10018-002
CASE NUMBER: 03-186-S
PAGE: 7

February 1998 to April 2003; Medical Center Enterprise records in Enterprise, Alabama, dated August 5, 2003; Casals Clinic records in Montgomery, Alabama, dated June 17, 2003 and BOP medical records dated November 12 to December 18, 2003.

Mr. Hollis was first psychiatrically evaluated in 1989 while incarcerated for possession of marijuana. He reported several depressive symptoms, as well as hearing voices and seeing the devil when attempting to sleep. He also reported a suicide attempt via wrist cutting, but the psychiatrist noted, "apparently he was manipulative at some point and cut his arm in order to draw attention to himself. He is very vague about this and does not give very clear details." The defendant reported active suicidal ideation which appeared to be "most connected to whether or not he goes to prison." Mr. Hollis admitted to cocaine and marijuana use. He was suspicious and guarded. The psychiatrist determined that the defendant viewed himself as the center of the world and viewed authority as "omnipotent and omniscient but with a good/bad split." He diagnosed him with Depressive Disorder NOS with suicidal ideation, substance abuse by history, and borderline personality disorder with depressed and psychotic features. It was recommended that Mr. Hollis be closely monitored for suicide precautions, as well as started on both antidepressant and antipsychotic medication. The psychiatrist noted that Mr. Hollis could become actively suicidal if sent to prison, which would then necessitate psychiatric hospitalization.

From 1992 to 1997, Mr. Hollis was seen numerous times at the Southeast Alabama Medical Center for cluster headaches and low back pain. On one occasion, he requested an injection of narcotics for his headaches, and ripped out his IV after being given alternate medications. A Computered Tomography (CT) scan of his head in 1992 was normal, as was an electroencephalogram (EEG). Records from a different hospital also indicate that Mr. Hollis requested narcotics for his headaches in 1992. A note from 1993 indicated a positive urinalysis for cannabis, while other records from 1993 indicated that he was taking Restoril. Mr. Hollis was hospitalized for approximately a week in April 1993 after hurting his back while lifting weights. He was diagnosed with a herniated lumbar disk with bilateral radiculopathy and underwent surgery. He returned to the hospital two months later for drug detoxification. Records indicated that Mr. Hollis' mother "slipped" him some Restoril and he was subsequently recommended for a transfer to a more structured environment. The defendant continued to manipulate for drugs, and was diagnosed with Benzodiazepine Dependence, Mixed Substance Abuse (by history), and hypertension. In September 1995, he went to the hospital to be medically cleared for admission into a detoxification facility. Mr. Hollis reported abusing Ativan, Xanax, Restoril, and cocaine. His laboratory results were positive for cocaine and cannabis. In April 1996, he sought services at a different hospital for seizures and was taking Xanax at the time. He was diagnosed with seizure possibly secondary to Xanax withdrawal. In August 1997, Mr. Hollis sought services for difficulties discontinuing his drug use, along with

NAME: Hollis, Thomas
REGISTER NUMBER: 10018-002
CASE NUMBER: 03-186-S
PAGE: 8

suicidal and homicidal ideation. The laboratory results were positive for benzodiazepines, cocaine, and opiates. He was placed on a Klonopin detoxification program, and diagnosed with Depressive Disorder NOS, Polysubstance Dependence, and Personality Disorder NOS. There was no evidence of psychosis. In June 2003, the defendant was seen for hypogonadism as a result of abusing anabolic steroids. He complained of depression due to a low sex drive and had been taking Androgel since April 2003. He was diagnosed with male hypogonadism and the Androgel was continued. Mr. Hollis was also taking LorTab for back pain, and Restoril. In August 2003, Mr. Hollis sought services for elbow pain. He was taking LorTab and Percoset (narcotics) for back pain and reportedly had a tendency to misuse them. He was also taking Androgel. The defendant was diagnosed with likely cellulitis and possible spider bite.

Psychological records from the BOP revealed that in February 1998, Mr. Hollis first reported having a history of depression with past treatment with Sinequan and Xanax. No psychotic behavior was noticed. In June 1998, he complained of anxiety and reported a history of using alcohol, tranquilizers, Valium, and amphetamines. He was diagnosed with Generalized Anxiety Disorder and prescribed Doxepin and Buspar. Mr. Hollis was seen by the psychiatrist on a regular basis and was given different diagnoses. These included Major Depression, Adjustment Disorder with Anxiety, Adjustment Disorder with Depressed Mood, and Narcissistic and Antisocial features. The defendant also reported a history of ADHD, to include the use of Ritalin until age 16, and was then prescribed Wellbutrin to treat both the ADHD and depression. He continually complained of side effects from his medication and was tried on different antidepressants.

While at the U.S. Penitentiary in Atlanta in 2003, Mr. Hollis complained of past hallucinations and agitation. He was diagnosed with probable Bipolar Disorder and prescribed Haldol, Artane, Klonopin, and Benadryl. While at the Federal Transfer Center in Oklahoma, it was noted that the defendant was agitated and yelling about not receiving his psychotropic medication. At FDC SeaTac, Mr. Hollis was seen by the contract psychiatrist and reported experiencing voices and paranoia since age 19. He was observed to have blunted affect, blocking, and psychomotor tension. The psychiatrist diagnosed Mr. Hollis with Paranoid Schizophrenia and Generalized Anxiety and prescribed Haldol, Artane, Klonopin, and Hydroxyzine. Medical services were provided for ringworm; Mr. Hollis also requested continuation of his androgen therapy and testosterone levels were ordered.

Collateral: Miriam Hollis, Mr. Hollis's mother, was telephonically contacted on December 16, 2003. She confirmed much of the defendant's history. Mrs. Hollis reported that the defendant is the youngest of four sons, two of whom are deceased, as reported earlier. She stated that she was placed on diet pills while pregnant with Mr. Hollis, in order to prevent a large weight gain and to decrease her length of labor. She reported that she only gained 10 pounds

NAME: Hollis, Thomas
REGISTER NUMBER: 10018-002
CASE NUMBER: 03-186-S
PAGE: 11

**Personality Dimensions:** Mr. Hollis's MMPI-2 profile was invalid, most probably due to an indiscriminate and exaggerated response style. The PAI was then administered. Again, an exaggerated response style was generated, but not to the degree of invalidating the test. However, the clinical profile is probably an overestimate of Mr. Hollis's symptoms. He endorsed various physical complaints, suspiciousness, unusual perceptions and beliefs, and anxiety. Mr. Hollis is probably an individual who has significant thinking and concentration problems, with a focus on health matters. This is substantiated by the numerous concerns he has voiced about receiving treatment for his hypogonadism. He is highly anxious, which affects his attention and concentration. Interpersonally, Mr. Hollis is suspicious and hypervigilant, questioning the motives of others. He tends to isolate himself and has few close relationships. He also endorsed several depressive symptoms such as anhedonia, worthlessness, and sadness. Mr. Hollis admitted to drug use and associated problems that the drugs have caused. He endorsed personality traits of impulsiveness, lacking a direction in life, and antisocial behaviors. The BDI-II results were corroborative, indicating that Mr. Hollis endorsed levels of severe depression.

Due to concerns about possible malingering with regard to psychotic symptoms, the SIRS was administered. Of eight scales, two were in the Probable Feigning range, but five fell into the Honest range. This profile is consistent with individuals honestly reporting their difficulties. No substantial evidence of exaggeration or feigning was found.

**Diagnoses and Prognosis:** On the basis of the available information, Mr. Hollis's diagnoses according to the criteria in the Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, Text Revision (DSM-IV-TR) are:

| Axis I: | 295.70 | Schizoaffective Disorder, Depressive Type |
| | 300.02 | Generalized Anxiety Disorder |
| | 305.40 | Sedative, Hypnotic, or Anxiolytic Abuse |
| | 304.20 | Cocaine Dependence, In a Controlled Environment |
| | 305.20 | Cannabis Abuse |
| | 305.50 | Opioid Abuse |
| | | |
| Axis II: | 301.7 | Antisocial personality traits |
| | | |
| Axis III: | | Male hypogonadism |
| | | Ringworm |

Mr. Hollis is not currently suffering from any acute emotional or mental symptoms with the intensity and duration necessary to meet the DSM-IV criteria for any of the Axis I diagnosable

CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED

DATE: 19 July 2006

INMATE NAME: Thomas Hollis

CELL: C4

( ) BED REST FROM: _____ TO: _____

( ) REASON: _____

( ) CONVALESCENT: List any restricted activity for medical reason

_____

RESTRICTED DUTY: specify exact restriction

_____

INSTRUCTIONS/SPECIAL NEEDS: May have an extra Mattress

_____

V.A. Davis # 758

**AUTHORIZED SIGNATURE**

Original - medical record

Copy - Inmate

BesteDen - I need a sheet A

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MTV | 6 A | | | | | | | | | | | | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| Own Meds | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| IBU 800mg Bid x 10 days | 6 Am | | | | | | | | | | | | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | 6 Pm | | | | | | | | | | | | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| Flexeril 10mg Bid ordered 8/29/06 | 6 Am | | | | | | | | | | | | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | 6 Pm | | | | | | | | | | | | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| Haldol 5mg BID until Released 9/7/06 | 6 am | 1 | 2 | 3 | 4 | 5 | 6 | X | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | 6 pm | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| Cogentin 1 mg BID 9/7/06 | 6 am | 1 | 2 | 3 | 4 | 5 | 6 | X | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | 6 pm | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**CHARTING FOR** 9/1/06    **THROUGH** 9/30/06

Physician Nichols

At. Physician

Allergies Reglan

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: By: | Title: | Date: |
|---|---|---|---|---|

Telephone No.

Alt. Telephone

Medical Record No.

Rehabilitative Potential

**RESIDENT** Hollis Thomas    D.O.B.    Sex M    Room # 5 Pod    Patient Code    Admission Date

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MTV | 6am | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| own meds | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| IBU 800 mg. BID | 6am | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | 6pm | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| Elavil 10 mg. BID | 6am | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| ordered 8/29/06 | 6pm | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

STARTING FOR 8-29-06    THROUGH 8-31-06

Physician: Nichols
Att. Physician:
Allergies: Reglan

Telephone No.:
Alt. Telephone:
Rehabilitative Potential:

Medical Record No.:

Diagnosis:

| Medicaid Number | Medicare Number | Approved By Doctor: | | | |
|---|---|---|---|---|---|
| | | By: | | Title: | Date: |

RESIDENT: Hollis, Thomas   D.O.B.   Sex: m   Room #: 580D   Patient Code:   Admission Date:

MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

MVI ī daily

has a card in drawer

Benedryl 25 mg. ī BID
x 3 days

Cogentin Clonidine 0.1 mg.
BID x 3 days

STARTING FOR **8-19-06**    THROUGH **8-31-06**

Physician **Nichols**

Physician

Allergies **Reglan**

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No.

Diagnosis

Medicaid Number    Medicare Number

Approved By Doctor:

By:                Title:            Date:

RESIDENT **Hollis, Thomas**

D.O.B.    Sex **M**    Room # **5POD**    Patient Code    Admission Date