IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THOMAS ANDREW HOLLIS,                    )
                                         )
    Plaintiff,                           )
                                         )
v.                                       )   Case No. 2:06-cv-814-WKW
                                         )   [wo]
NURSE TINA ELLIS, *et al.*,              )
                                         )
    Defendants.                          )

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED without prejudice. Each party is to bear its own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 30th day of November, 2006.


       /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE